**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 8:07-cr-61-T-26MSS

HERMINIO CASTRO-PALACIOS
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of the Government's Motion for Reduction of Sentence (Dkt. 147), together with a review of Defendant's Presentence Report, and the history of this case, and the statutory sentencing factors set forth in 18 U.S.C. § 3553(a)(1-7), the Court determines that it needs no response from Defendant nor an evidentiary hearing to resolve the merits of the motion.

The Defendant was sentenced to 135 months of imprisonment. Pursuant to the government's motion, there now exists a sufficient basis for a two-level downward departure from Defendant's sentence based upon substantial assistance provided by the Defendant.

**ACCORDINGLY**, it is, therefore, **ORDERED AND ADJUDGED**:

1) The Motion for Reduction of Sentence (Dkt. 147) is hereby **GRANTED** and the term of imprisonment previously imposed is reduced from 135 months to 108 months. The Judgment and Commitment (Dkt. 75) is hereby amended to reflect said

reduction.

2) The Courtroom Deputy shall amend the original judgment to reflect the changes herein and that all other terms and conditions of the Judgment and Commitment are affirmed and ratified.

**DONE AND ORDERED** at Tampa, Florida, on June 4, 2013.

    *s/Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Bureau of Prisons
U.S. Marshal Service
U.S. Probation Office